### FRY v. McCLURE.

No. 11886—Opinion Filed Sept. 25, 1925.

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

If after the assignment and submission of a cause in this court, with notice to the at-

torneys for the respective parties to file briefs, the plaintiff in error files brief with argument and authorities reasonably tending to support the errors assigned for reversal, and the defendant in error fails to prepare, serve, and file brief as is required by the rules of this court, the record will not be examined for some theory to support the judgment of the trial court.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Texas County; Arthur G. Sutton, Judge.

Action by W. R. McClure, in ejectment and for value of rents against Geo. W. Fry. Judgment for plaintiff and defendant brings error. Reversed and remanded.

V. H. Grinstead and M. E. Crosgrove, for plaintiff in error.

John L. Gleason, for defendant in error.

Opinion by STEPHENSON, C. The plaintiff commenced his action for possession of real estate and for rents, against the defendant in the district court of Texas county. In the trial of the cause judgment went for the plaintiff and defendant has brought error to this court. This cause was regularly assigned and submitted with notice to the attorneys for the respective parties to prepare, serve, and file briefs. The plaintiff in error has prepared, served, and filed brief, which contains argument and authorities reasonably tending to support errors assigned for reversal of the cause. The defendant in error has failed to prepare and file brief as is required by the rules of this court. If the brief of the plaintiff in error reasonably tends to support errors assigned for reversal this court will not examine the record for some theory to support the judgment of the trial court but will reverse and remand the cause. C., R. I. & P. Ry. Co. v. Weaver, 67 Okla. 293, 171 Pac. 34; Johnston v. Bradley, 69 Okla. —, 171 Pac. 724. Therefore it is recommended that this cause be reversed and remanded.

By the Court: It is so ordered.